CITY OF BUFFALO, Respondent, v. NATHAN MESNEKOFF, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment restraining defendant from using premises in question as a mortuary.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See *post*, p. 1043.]

■

In the Matter of the Probate of the Will of JOHN C. HENRY, Deceased. WILLIAM B. BUCK et al., Appellants; WAYNE A. SAUNDERS et al., as Administrators of the Estate of JOHN C. HENRY, Deceased, et al., Respondents.— Decree insofar as appealed from affirmed, without costs of this appeal to any party. Memorandum: While we think that the Surrogate erred in striking out certain evidence on the ground that it was prohibited under section 347 of the Civil Practice Act, we reach the conclusion that such evidence, added to the other proof, fails to establish that the lost will was in existence at the time of decedent's death or was fraudulently destroyed in his lifetime. (*Matter of Staiger*, 243 N. Y. 468; *Matter of Kennedy*, 167 N. Y. 163; *Matter of Robinson*, 257 App. Div. 405; *Throckmorton* v. *Holt*, 180 U. S. 552.) While the first hearing, at which one subscribing witness was examined, might be construed as a preliminary examination pursuant to section 141 of the Surrogate's Court Act, the subsequent hearings were proceedings for the probate of the lost or destroyed will and petitioners moved to dispense with the testimony of the other subscribing witness and to admit the will to probate. On this record we cannot hold that the proceedings were preliminary under section 141. All concur. (Appeal from part of a decree denying probate to the alleged last will of decedent, and holding that the alleged will was destroyed by decedent during his lifetime.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *post*, p. 1043.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JUANITA DAVIS, SOPHIA CLARA KRAUSE (Amended to Read SOPHIA C. NAGI), Appellants, et al., Defendants.— Judgment of conviction affirmed. All concur. (Appeal from a judgment convicting defendants Davis and Nagi of the crime of abortion.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

ALICE NICHOLS, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 29898.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment dismissing a claim for damages for personal injuries alleged to have been sustained by reason of negligent condition of State highway.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [198 Misc. 791.]